# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:24-cr-00093-ALM-BD |
| | § |
| JIANGRONG CHEN (1) | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 23, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #27) that Defendant Jiangrong Chen's Motion to Dismiss the Indictment (Dkt. #18) be denied. On October 8, 2025, Defendant filed Objections (Dkt. #28) to the Report.

Even though the Objections were untimely, the Court has conducted a *de novo* review of them and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #28) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Chen's Motion to Dismiss the Indictment (Dkt. #18) is hereby **DENIED.**

SIGNED this 10th day of October, 2025.

AMOS L. MAZZANT  
UNITED STATES DISTRICT JUDGE